

Exhibit A

