# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

COX OPERATING, L.L.C., ET AL. * C.A. NO. 17-1933
* c/w 17-2087
VERSUS *
* SECTION: N
SETTOON TOWING, L.L.C., ET AL. *
* JUDGE ENGELHARDT
*
* MAGISTRATE
* * * * * * * * * * * JUDGE NORTH

Videotaped deposition of WILLIAM SCOTT FONTAINE, 118 Delta Street, Belle Chasse, Louisiana, 70037, taken at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Second Floor, New Orleans, Louisiana, 70130, commencing at 12:57 p.m., on Thursday, the 26th day of April, 2018.

APPEARANCES:

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
(By: Christopher M. Hannan, Esquire)
201 St. Charles Avenue
36th Floor
New Orleans, Louisiana 70170
(Attorneys for the Plaintiffs)

Q. -- just so she can get a clear record.

A. All right.

Q. If Captain Fazioli were to testify that he showed you the photograph depicted in Exhibit 1, he would be giving false testimony?

MR. HANNAN:

Object to form.

A. Yeah, that would be false, 'cause he never showed me no pictures.

EXAMINATION BY MR. ANADA:

Q. Okay. And if Captain Fazioli testified that you told him, "Yeah, I guess it was 2016," that would be false testimony as well?

A. That's false, too.

Q. Okay.

MR. ANADA:

All right. So I'm at a stopping point.

MR. HANNAN:

Can I ask a couple of things -- I think it will be brief -- before we get into this next kind of procedure?

MR. ANADA:

Sure, I guess so. Well, are you going to go back and ask some more -- like, are we just going to go back and forth all day or is this all -- going

to be all your --

MR. HANNAN:

I'm going to have questions after we go through the phone exercise, but these deal with stuff that's discrete to what you've already asked him about. So I just want --

MR. ANADA:

Okay. That's fine. No problem. Yeah. Go ahead.

EXAMINATION BY MR. HANNAN:

Q. Captain, on Exhibit 2, this line that's been drawn, do you know where along this line it would have been, roughly speaking, where you would have seen the --

A. Probably on the inside of the line.

Q. On the inside of the line?

A. Right.

Q. So you mean on the river side of the line?

A. River side. River side.

Q. You're indicating an area closer to Sable Island; is that correct?

A. Yeah. Right about in the middle.

Q. In the middle?

A. Yeah, somewheres around there. You see, when I was coming from California Point going to

Stable (sic) Island, when I got into the wells is when I realized that they had a well that didn't have a light on it.

Q. Okay.

A. On that one.

MR. HANNAN:

Just to be -- can he write on this or --

MR. ANADA:

Yeah. I don't mind.

THE WITNESS:

Around this area, you know.

EXAMINATION BY MR. HANNAN:

Q. Go ahead and put a circle -- let's use a pen, just so it's clear. Put a circle around about --

A. About where I think the light was?

Q. Correct.

A. Probably right around this area.

Q. Okay. Thank you.

And you say you saw -- you said a couple of things. You said you saw a well with no light. Did it just physically not have a light on it or there was a light --

A. The light was on it. Just -- it was burned out. It wasn't working.

Q. Okay. And I think you already answered

MR. HANNAN:
Right.
EXAMINATION BY MR. HANNAN:
Q. So for the eight days that are going to be attached as Exhibit 3, we took screen shots on the eight days in September of 2016 where was there map data in your app, correct?
A. Correct.
Q. On none of those eight days for which there was app data were you anywhere east of the Mississippi River trawling?
A. No. I was on the west side of the river.
Q. For every one of those eight days?
A. Every one of them eight days.
Q. Now, to try and clean up what we were talking about with the lack of data, given that you west of the river on those eight days in September, in your general practice as a shrimp trawler, would you have been west of the river for that entire month, generally speaking?
A. Pretty much, the way it's looking, yeah.
Q. Okay.
MR. HANNAN:
And we're just -- so it's clear, we're going to attach as Exhibit 3 to Captain Fontaine's

deposition the screen shots of the eight days for which there was timeline data in the Google Maps app on his cell phone --

MR. ANADA:

Okay.

MR. HANNAN:

-- which he texted to us, both of us, while we were here in the deposition room.

MR. ANADA:

That's fine.

EXAMINATION BY MR. HANNAN:

Q. And according to the data on your phone and your recollection, you were not in Quarantine Bay on September 13th, 2016, correct?

A. Yes.

Q. Yes, you were not in Quarantine Bay?

A. Yes, I was not in Quarantine Bay.

Q. My last question, you've said you've been running boats and trawling in the Breton Sound/Quarantine Bay area for 20 years, right?

A. Yes. Right.

Q. In your opinion, in your experience, how would an incident like this, where a well was run over by a tugboat, have happened?

A. Captain --

1:37

September 1, 2016




64 mi
21 hr 12 min

1 place

Driving

64 mi
21 hr 12 min

WERE YOU HERE?

Neighborhood Fenc... 4:37 PM

Belle Chasse, LA

YES EDIT

EXHIBIT NO. 3

HUFFMAN & ROBINSON, INC.
COURT REPORTERS

1:37

September 2, 2016




34 mi
13 hr 52 min

0.3 mi
4 min

*WERE YOU HERE?*

**Neighborhood Fenc...** 9:20 AM

Belle Chasse, LA

YES EDIT

Driving 0.3 mi

1:38

September 4, 2016




130 mi
12 hr 59 min

65 mi
10 hr 43 min

*WERE YOU HERE?*
**Neighborh...** 10:27 AM–5:27 PM
Belle Chasse, LA

YES EDIT

September 5, 2016




70 mi
8 hr 41 min

2 places

Driving

23 mi
7 hr 45 min

*WERE YOU HERE?*

**Daybrook Fi...** 2:25 AM–2:40 AM

136 Daybrook, Empire, LA 70050

YES EDIT

1:38

September 6, 2016




101 mi
1 d 1 hr

0.5 mi
46 min

*WERE YOU HERE?*

**Neighborhood Fenc...** 7:58 AM

Belle Chasse, LA

YES EDIT

Driving 33 mi

1:38

September 7, 2016




152 mi
1 d 6 hr

1 place

Driving

68 mi
19 hr 12 min

*WERE YOU HERE?*

**Neighborh...** 10:24 AM–6:49 PM

Belle Chasse, LA

YES EDIT

1:38

September 9, 2016




74 mi
6 hr 47 min

3 places

4.9 mi
21 hr 9 min

WERE YOU HERE?

All Shores C... 3:58 PM–6:06 PM

612 Marion St, Harvey, LA 70058

YES EDIT

September 10, 2016




118 mi
6 hr 42 min

2 places

Driving
68 mi
5 hr 30 min

*WERE YOU HERE?*
**Daybrook...** 12:09 AM – 12:21 AM
136 Daybrook, Empire, LA 70050

YES EDIT